IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| GREGORY WADE | ) | |
| | ) | Case No. 3:22-cv-00386 |
| v. | ) | Chief Judge Crenshaw |
| | ) | Magistrate Judge Holmes |
| CAVCO INDUSTRIES, INC. | ) | |

**O R D E R**

The undersigned Magistrate Judge will no longer be holding second case management conferences as a matter of course in civil actions. The parties may request that a case management conference be set by filing a joint motion for a case management conference, which must identify all issues to be discussed. If the purpose of the requested conference is to discuss extending case management deadlines, the motion must comply with the requirements for modifications of the case management order, which are found in the initial case management order. The parties must also state whether they request an in-person or telephonic case management conference.

The case management conference currently set on March 30, 2023 is CANCELLED.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge